UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (BOSTON)

| | | |
|---|---|---|
| NINA HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-cv-11602-RWZ |
| | ) | |
| SANTANDER CONSUMER USA, | ) | |
| SANTANDER BANK, N.A., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41, Plaintiff Nina Hall ("Plaintiff") hereby dismisses her claim against Defendant Santander Consumer USA Inc. without prejudice.  This dismissal shall not impact Plaintiff's claims against Santander Bank, N.A.

Dated: _____                                         Respectfully submitted,

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel
Kimmel & Silverman, P.C.
30 East Butler Avenue
Ambler, PA 19002
P: (215) 540-8888
F: (877) 788-2864
kimmel@creditlaw.com
*Counsel for Plaintiff*

1