# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NINA HALL,** </br>       Plaintiff </br></br> v. </br></br> **SANTANDER BANK, N.A.,** </br>       Defendant | ) </br> ) </br> ) </br> ) **Case No.: 1:17-cv-11602-RWZ** </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

      NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.


Dated: May 16, 2018
BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2018, a true and correct copy of the foregoing pleading was served via ECF to the below:

Jeffrey Adams, Esq.
Parker Ibrahim & Berg, LLC
One Financial Center
15th Floor
Boston MA 02110
Phone: (617) 918-7611
Email: Jeffrey.Adams@piblaw.com

Dated: <u>May 16, 2018</u>         BY: <u>*/s/ Craig Thor Kimmel*</u>
                                  Craig Thor Kimmel, Esquire
                                  Kimmel & Silverman, P.C.
                                  30 E. Butler Avenue
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888
                                  Facsimile: (877) 788-2864
                                  Email: kimmel@creditlaw.com
                                  Attorney for the Plaintiff