THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NINA HALL,

        Plaintiff,

v.

SANTANDER BANK, N.A.,

        Defendant.

Case No.: 1:17-cv-11602-RWZ

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as counsel of record for plaintiff Nina Hall ("Plaintiff") and defendant Santander Bank, N.A. ("Santander"), that Plaintiff's claims against Defendant in the above-captioned action, be and are hereby dismissed with prejudice, and without costs against any party.

| | |
|---|---|
| **KIMMEL & SILVERMAN, P.C.**<br>*Counsel for Plaintiff,*<br>*Nina Hall*<br><br>By: */s/ Craig Thor Kimmel*<br>Craig Thor Kimmel<br>30 East Butler Pike<br>Ambler, PA 19002<br>Telephone: (215) 540-8888<br>Fax: (877) 788-2864<br>kimmel@creditlaw.com<br><br>Dated: June 26, 2018 | **PARKER IBRAHIM & BERG LLP**<br>*Local Counsel for Defendant,*<br>*Santander Bank, N.A.*<br><br>By: */s/ Jeffrey D. Adams*<br>Jeffrey D. Adams<br>One Financial Center, 15th Floor<br>Boston, MA 02111<br>Telephone: (617) 888-4554<br>Fax: (302) 918-7611<br>jeffrey.adams@piblaw.com<br><br>Dated: June 26, 2018 |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 26th day of June, 2018, the foregoing document was filed through the CM/ECF system. The document will be sent electronically to the registered participants, and paper copies will be served via first class mail on those indicated as non-registered participants.

/s/ Jeffrey D. Adams
Jeffrey D. Adams

3493266.1